# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES HUFFSTUTLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-125-M |
| | ) |
| JUSTIN JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 26, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court deny plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and order plaintiff to prepay the full $350 filing fee for this action to proceed. Plaintiff was advised of his right to object to the Report and Recommendation by February 27, 2012. On February 14, 2012, plaintiff filed his Waiver of Objection to Magistrate's Report and Recommendation.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on February 26, 2012, and

(2) DENIES plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [docket no. 2]. If plaintiff does not pay the $350.00 filing fee in full to the Clerk of the Court by March 8, 2012, the Court will dismiss this action.

**IT IS SO ORDERED this 17th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE