IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES HUFFSTUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-125-M |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On June 27, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court grant defendants' Motion for Summary Judgment on the basis of plaintiff's failure to exhaust administrative remedies. The parties were advised of their right to object to the Report and Recommendation by July 17, 2012. Plaintiff has timely filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 27, 2012; and

(2) GRANTS defendants' Motion for Summary Judgment [docket no. 19].

**IT IS SO ORDERED this 20th day of July, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE